RECEIVED
IN LAKE CHARLES, LA
MAY 15 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-20259-01 |
| | * | |
| V. | * | JUDGE MINALDI |
| | * | |
| WENONA MILLER | * | MAGISTRATE JUDGE WILSON |

### ORDER

Considering the Motion for Acceptance of Responsibility Pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines filed by the government in the captioned matter,

IT IS HEREBY ORDERED AND ADJUDGED that, if the pre-sentence report reflects any offense level of sixteen or higher under the sentencing guideline, the defendant, WENONA MILLER, is awarded a third point for acceptance of responsibility for "timely notifying authorities of her intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently."

DONE AND SIGNED this 15 day of May 2006 at Lake Charles, Louisiana.

PATRICIA MINALDI
United States District Judge